# In the United States Court of Federal Claims

No. 13-455L

(E-Filed: September 17, 2014)

|  |  |
|---|---|
| GERALD E. BELL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

ORDER

    On May 16, 2014, the undersigned issued an order directing the parties to provide chambers with two courtesy copies of its briefs and exhibits filed regarding plaintiffs' motion for class certification.  ECF No. 26.  Chambers has not received the courtesy copies for plaintiffs' reply, filed on September 5, 2014.  ECF No. 31.

    In reviewing plaintiffs' exhibits, it is apparent that many are copies of older documents or microfilm documents.  Plaintiffs are asked to provide chambers with the most legible copy available for each exhibit, to ensure that the undersigned is able to fully review plaintiffs' exhibits.  (This may be a photocopy of the marked exhibit itself, rather than a printout of the exhibit filed through the court's CM-ECF system.)  It is noted that plaintiffs do not need to provide chambers with additional binders.

    Plaintiffs shall provide the courtesy copies of their brief and exhibits by **Tuesday, September 23, 2014**.

    IT IS SO ORDERED.

                                                         s/ Patricia E. Campbell-Smith
                                                         PATRICIA E. CAMPBELL-SMITH
                                                         Chief Judge