# In the United States Court of Federal Claims

No. 13-455L

(E-Filed: September 14, 2016)

|  |  |
|---|---|
| GERALD E. BELL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

PROTECTIVE ORDER

    On September 14, 2016, the parties filed a Joint Notice of Filing, together with their joint proposed Stipulated Protective Order. ECF Nos. 56, 56-1.

    As proposed by the parties, the court enters the protective order filed by the parties at ECF No. 56-1.

    IT IS SO ORDERED.

                                                     s/ Patricia Campbell-Smith
                                                     PATRICIA CAMPBELL-SMITH
                                                     Chief Judge