IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GERALD E. BELL, *et al.*, ) | |
| ) | Case No. 13-455-PEC |
| Plaintiffs, ) | Hon. Patricia E. Campbell-Smith |
| ) | |
| v. ) | (E-Filed June 14, 2019) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**Joint Status Report**

In accordance with the Court's October 18, 2017 order (ECF No. 66) and July 19, 2018 order (ECF No. 72), the parties report that the settlement has received final approval from the appropriate supervisory officials at the Department of Homeland Security, the International Boundary and Water Commission, and the Department of Justice. The parties have finalized the settlement documents and the United States has transmitted the settlement payment to counsel for Plaintiffs. The parties require additional time to obtain the final signatures and prepare the dismissal papers.

The parties believe that the stay should be continued. The parties propose to file a joint status report in thirty days if the dismissal papers are not filed before then.

Dated: June 14, 2019

                                          Respectfully submitted,

                                        BARRON & ADLER, LLP

                                        */s/  Roy R. Brandys  (by John P. Tustin)*
                                        ROY R. BRANDYS

NICHOLAS P. LAURENT
808 Nueces
Austin, Texas 78701
512-478-4995
512-478-6022 Fax
brandys@barronadler.com
laurent@barronadler.com

*Counsel for Plaintiffs*

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/   John P. Tustin*
JOHN P. TUSTIN
Environment & Natural Resources Division
United States Department of Justice
601 D Street, NW, Rm. 3134
Washington, D.C. 20004
202-305-3022
john.tustin@usdoj.gov

*Counsel for Defendant*