IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GERALD E. BELL, *et al.*, | ) ) | |
| Plaintiffs, | ) ) ) | Case No. 13-455-PEC<br>Hon. Patricia E. Campbell-Smith |
| v. | ) ) ) | (E-Filed August 15, 2019) |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

### Joint Status Report

In accordance with the Court's July 19, 2019 order (ECF No. 83), the parties report that they have executed the settlement documents and the United States has transmitted the settlement payment to counsel for Plaintiffs. The parties require additional time to record easements in the land records of Hidalgo County, Texas, and to prepare the dismissal papers.

The parties will file a joint stipulation of dismissal or another status report in thirty days. ECF No. 83.

Dated: August 15, 2019

                                                    Respectfully submitted,

                                                    BARRON & ADLER, LLP

                                                    */s/  Roy R. Brandys  (by John P. Tustin)*
                                                    ROY R. BRANDYS
                                                    NICHOLAS P. LAURENT
                                                    808 Nueces
                                                    Austin, Texas 78701
                                                    512-478-4995
                                                    512-478-6022 Fax
                                                    brandys@barronadler.com

laurent@barronadler.com

*Counsel for Plaintiffs*

LAWRENCE VANDYKE
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ John P. Tustin*
JOHN P. TUSTIN
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street NE, Room 3.216
Washington, DC 20001
202-305-3022
john.tustin@usdoj.gov

*Counsel for Defendant*